UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X

JAY RUDY,

                Plaintiff,                              **ORDER**
                                                            **09 CV 1806 (JBW)(LB)**

                -against-

DISTRICT ATTORNEY DANIEL DONOVAN,
JR.; DETECTIVE DAVID MCGILL, 122nd Precinct;
and 123rd PRECINCT,

                Defendants.

------------------------------------------------------X

**BLOOM, United States Magistrate Judge:**

      By Order dated October 5, 2009, the Court directed Corporation Counsel to ascertain the proper service address of defendant Magull. Document 11. By letter dated November 4, 2009, Corporation Counsel informs the Court that defendant Magull, spelled McGill, can be served at the following address:

                Detective David McGill
                Shield Number #4888
                122 Precinct
                2320 Hylan Boulevard
                New Dorp, NY 10306

Plaintiff's complaint is hereby deemed amended to reflect the full name of this defendant. The Clerk of Court is directed to prepare the necessary papers to have defendant McGill served with process. The United States Marshals Service is directed to serve the amended summons and complaint on defendant McGill at the above address.

SO ORDERED.

                                                      /S/
                                                _____
                                                LOIS BLOOM
                                                United States Magistrate Judge

Dated: November 5, 2009
        Brooklyn, New York